

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARY ENGSTROM,<br><br>    Judgment Debtor.<br><br>CHILDREN'S SPECIALISTS MEDICAL GROUP OF SACRAMENTO,<br><br>    Garnishee. | No. 2:09MC00026-EJG-KJM<br><br>ORDER ON WRITS OF ATTACHMENT/GARNISHMENT (ACCOUNTS) |

    Garnishee, Children's Medical Group of Sacramento and its authorized representatives, the Unified Trust Company, NA, are hereby ordered to turn over to the United States District Court Clerk's Office, the sum of $47,037.88 and any accrued interest, which sum is the value of the Defendant/ Judgment Debtor Mary Engstrom's interest in her former employer's 401(k) plan. These funds shall be applied toward the outstanding restitution, which this Court ordered Ms. Engstrom to pay in Criminal Case No. 2:05CR00069-EJG.

Dated: 6/19/09

Honorable Edward J. Garcia
Senior United States District Court Judge